PER CURIAM.
 

 Leandro Perez appeals the summary denial of his motion for postconviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850, which the postconviction court denied. We affirm.
 
 See Barrios-Cruz v. State,
 
 63 So.3d 868 (Fla. 2d DCA 2011). As in
 
 Barrios-Cruz,
 
 63 So.3d at 870, we hold that
 
 Padilla v. Kentucky,
 
 — U.S. -, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), does not apply retroactively in post-conviction proceedings, and we certify to the Florida Supreme Court the following question of great public importance pursuant to Florida Rule of Appellate Procedure 9.030(a)(2)(A)(v):
 

 SHOULD THE RULING IN
 
 Padilla v. Kentucky,
 
 — U.S. -, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), BE APPLIED RETROACTIVELY IN POSTCONVICTION PROCEEDINGS?
 

 Affirmed.
 

 WALLACE, KHOUZAM, and MORRIS, JJ., Concur.